UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 09-19273-KSJ
CHAPTER 7 CASE

IN RE:

JOSE LUIS COLLAZO GONZALEZ
LOIDA ENID COLLAZO LAMONACO

Debtors.

_____/

## ORDER GRANTING MODIFICATION OF STAY

THIS CASE was considered by the Bankruptcy Court upon Motion for Relief from Stay filed (Docket # 13) by **CHASE HOME FINANCE, LLC** on January 20, 2010 under local rule 2002-4 (b) (2). The Court finding the no responses have been filed and otherwise considered said Motion and being more fully advised in the premises, it is.

ORDERED AND ADJUDGED

1. That the Motion for Relief from Stay be, and it is hereby, granted so that **CHASE HOME FINANCE, LLC** may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

   **LOT 71, WASHINGTON HEIGHTS, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 3, PAGE 37, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.**

   **A/K/A: 1286 HARRISON STREET, OVIEDO, FL 32765**

2. Award Bankruptcy fees and cost of $500.00 for the Prosecution of the Motion.

3. The fourteen (14) stay period in Rule 4001(a)(3) shall not be waived or reduced.

08-67195

4.  It is further ORDERED, ADJUDGED AND DECREED that the Order Granting Relief from Automatic Stay be and is hereby entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

DONE and ORDERED in Orlando, Florida, this 16th day of February, 2010

_____
Karen S. Jennemann
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.

08-67195

COPIES FURNISHED TO:

ATTN: CONNIE DELISSER, ESQ.
LAW OFFICE OF MARSHALL C. WATSON, P.A
1800 NW 49 STREET, SUITE 120
FORT LAUDERDALE, FL 33319

**JOSE LUIS COLLAZO GONZALEZ**
1119 SUGARBERRY TRAIL
OVIEDO, FL 32765

**LOIDA ENID COLLAZO LAMONACO**
1119 SUGARBERRY TRAIL
OVIEDO, FL 32765

**ASTRID M VELLON, ESQUIRE**
THE LAW OFFICES OF ASTRID VELLON PA
1500 SOUTH SEMORAN BOULEVARD
ORLANDO, FL 32807

**TRUSTEE**
**LEIGH R MEININGER**
POST OFFICE BOX 1946
ORLANDO, FL 32802-1946

**U.S. TRUSTEE**
**UNITED STATES TRUSTEE - ORL7**
135 W CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801