UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:09-bk-19273-KSJ

Chapter 7

IN RE:                                             :
                                                   :
Jose Luis Collazo Gonzalez and                     :
Loida Enid Collazo Lamonaco                        :
                                                   :
              Debtors.                             :
_____                    :

**<u>ORDER GRANTING CARRINGTON MORTGAGE SERVICES, LLC,
SERVICER AND ATTORNEY-IN-FACT FOR DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS INDENTURE TRUSTEE, FOR NEW CENTURY HOME
EQUITY LOAN TRUST 2004-4 MOTION FOR RELIEF FROM STAY AND
ABANDONMENT AND NOTICE OF OPPORTUNITY TO OBJECT
AND FOR HEARING RE: 203 Windsor Estates Drive, Davenport, Florida  33837</u>**

THIS CAUSE came on for consideration pursuant to the Motion By Carrington Mortgage Services, LLC, Servicer And Attorney-In-Fact For Deutsche Bank National Trust Company, As Indenture Trustee, For New Century Home Equity Loan Trust 2004-4 For Relief From Stay And Abandonment And Notice Of Opportunity To Object And For Hearing Re: 203 Windsor Estates Drive, Davenport, Florida  33837, Docket Number 14, filed by CARRINGTON MORTGAGE SERVICES, LLC, a secured creditor in the above-styled cause.  The Court, having considered said Motion, is of the opinion that it is appropriate to enter an Order on such Motion for Relief from Stay.  It is therefore,

ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion for Relief from the Automatic Stay is granted.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property:

Lot 45, Windsor Estates Subdivision, according to the plat thereof, recorded in Plat Book 122, Page 38 of the Public Records of Polk County, Florida

a/k/a 203 Windsor Estates Drive, Davenport, FL   33837

3.   Attorney's fees may not exceed $500.00.

4.   The fourteen (14) day period under Bankruptcy Rule 4001(a)(3) shall not be waived or reduced.

5.   This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above.  Movant shall not seek an *in personam* judgment against Debtor(s).

DONE and ORDERED in Orlando, Florida, this 18th day of February, 2010

_____
Karen S. Jennemann
United States Bankruptcy Judge

Copies furnished to:

Jose Luis Collazo Gonzalez
1119 Sugarberry Trail
Oviedo, FL   32765

Loida Enid Collazo Lamonaco
1119 Sugarberry Trail
Oviedo, FL   32765

Astrid M. Vellon, Esquire
The Law Offices of Astrid Vellon, P.A.
1500 South Semoran Boulevard
Orlando, FL   32807

2

Antonio Alonso, Esquire
Law Office of Marshall C. Watson, P.A.
1800 N. W. 49th Street, Suite 120
Fort Lauderdale, FL  33309

Connie J. Delisser, Esquire
Law Office of Marshall C. Watson, P.A.
1800 N. W. 49th Street, Suite 120
Fort Lauderdale, FL  33309

Bert Echols, Esquire
Hale Dewey & Knight, P.L.L.C.
88 Union Avenue, Suite 700
Memphis, TN  38103

Recovery Management Systems Corporation
Attn: Ramesh Singh
25 S.E. 2nd Avenue, Suite 1120
Miami, FL  33131

Leigh R. Meininger
P. O. Box 1946
Orlando, FL  32802-1946

CARRINGTON MORTGAGE SERVICES, LLC, SERVICER AND ATTORNEY-IN-FACT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2004-4

Lawrence M. Weisberg, Esquire
Greenfield & Coomber, P.A.
7000 Palmetto Park Road, Suite #402
Boca Raton, FL  33433

United States Trustee – ORL7
135 W. Central Blvd., Suite 620
Orlando, FL  32801